# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 8, 2019

159884-9(67)

VITA S. SHANNON,
     Plaintiff-Appellant,

v

ARON L. RALSTON,
     Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159884-9
COA: 339944, 343213, 343886,
   344356, 344418 & 346344
Oakland CC: 2017-852916-DC

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer is GRANTED. The answer will be accepted as timely filed if submitted on or before August 23, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 8, 2019



Clerk